UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

| | |
|---|---|
| KELLIE MCDONOUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No: 1:22-cv-1536 |
| vs | ) |
| | ) |
| COMMUNITY HEALTH NETWORK, | ) |
| INC., A MEMBER OF VHA | ) |
| CENTRAL, INC. PLAN and UNUM | ) |
| LIFE INSURANCE COMPANY | ) |
| OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

**COMPLAINT FOR REVIEW OF FINAL DECISION DENYING DISABILITY INSURANCE BENEFITS TO PLAINTIFF**

Comes now the Plaintiff, Kellie McDonough, by counsel, Melissa A. Davidson, and for her complaint for Damages against Defendants, Community Health Network, Inc., a member of VHA Central, Inc. Plan ("the Plan") and UNUM Life Insurance Company of America ("UNUM") states as follows:

**I. Parties and Jurisdiction**

1.   That Plaintiff is a citizen of the State of Indiana residing in Hendricks County.

2.   That Defendant, the Plan, is a welfare benefit plan for the employees of Community Health Network, Inc., a member of VHA Central, Inc., a nonprofit domestic corporation doing business in the State of Indiana.

3. That Defendant, UNUM, is an insurance company doing business in the State of Indiana.

4. UNUM issued the disability policy to the Plan that promises to pay disability benefits to employees if they are unable to work due to injury or illness.

5. UNUM is a fiduciary of the Plan.

6. UNUM processed and denied Plaintiff's disability claim.

7. UNUM is both the claims adjudicator and payer of this claim.

8. UNUM benefits financially from denying Plaintiff's claim.

9. UNUM has a conflict of interest in this claim.

10. That this court has jurisdiction pursuant to the Employee Retirement Income Security Act 29 USCA 1132(e)(1).

## II. Factual Allegations

11. That Plaintiff was an employee of Community Health Network, Inc., a member of VHA Central, Inc., 1500 N Ritter Ave, Indianapolis, IN 46219, where in her capacity as a registered nurse, she was a participant in the Plan.

12. That Plaintiff applied for long-term disability benefits and after a period of payments was denied continuing benefits under the aforementioned insurance policy on or about March 2, 2021.

13. That Plaintiff administratively appealed this denial, as she suffers from numerous medical impairments that qualify her for continuing benefits under the terms of the Plan.

14. That Defendants have wrongfully refused to award Plaintiff continuing disability benefits and wrongfully withheld monies rightfully due Plaintiff as a disabled insured participant under her policy and the Plan.

15. Defendants' decision denying her disability benefits was arbitrary and capricious.

16. That as a result of Defendants' conduct, Plaintiff has been denied benefits rightfully due her under the Plan and has incurred Attorney fees in order to rectify the harm done to her.

WHEREFORE, Plaintiff herein, by counsel, respectfully prays for judgment against the Defendants, with interest, in an amount commensurate with her past due benefits, interest, reinstatement of her benefits, for Attorney fee reimbursement, and for all other just and proper relief in the premises.

Respectfully submitted,

_/s/ Melissa A. Davidson_____
Melissa A. Davidson
HANKEY LAW OFFICE
429 E. Vermont Street, Suite 200
Indianapolis, IN 46202
(317) 634-8565
(317) 634-9818
mdavidson@hankeylaw.com